UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CURTIS LEE WATSON,

    Petitioner,

-vs-                                                        Case No. 5:12-cv-546-Oc-30PRL

UNITED STATES PAROLE
COMMISSION,

    Respondent.
_____/

## O R D E R

In an order dated November 1, 2012, the Court ordered Petitioner to submit the $5.00 filing fee to the Clerk of Court. (Doc. 4). Petitioner has not timely complied with the Order but filed a frivolous "Motion for Reconsideration" (Doc. 12), which the Magistrate Judge correctly denied in an order dated November 28, 2012. (Doc. 13). Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case is **DISMISSED without prejudice for the failure to prosecute**. The Clerk is directed to terminate any pending motions and close the file.

**DONE** and **ORDERED** in Tampa, Florida on December 3, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE